IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. DNCW 3:05CR277-11 |
| | ) | (Financial Litigation Unit) |
| JASON B. ROCHE, | ) | |
| Defendant, | ) | |
| and | ) | |
| | ) | |
| LANCASTER DODGE CHRYSLER JEEP, | ) | |
| | ) | |
| Garnishee. | ) | |

DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown,

it is ORDERED that the Writ of Garnishment as to Lancaster Dodge Chrysler Jeep, filed in this case

on March 25, 2010, against the defendant Jason B. Roche is DISMISSED.

Signed: August 10, 2010

_____

Frank D. Whitney
United States District Judge